JOSEPH E. ADDIEGO III (State Bar No. 169522)
  *joeaddiego@dwt.com*
MONDER KHOURY (State Bar No. 312949)
  *mikekhoury@dwt.com*
JULIA M. QUEIROZ (State Bar No. 364116)
  *juliaqueiroz@dwt.com*
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA  94111
Tel:     (415) 276-6500


Attorneys for Defendant
DAYFORCE US, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORGANICGIRL, LLC, a California Limited Liability Company,<br><br>                         Plaintiff,<br><br>        vs.<br><br>DAYFORCE US, INC., a Minnesota Corporation, DOES 1 to 25, individually,<br><br>                         Defendants. | Case No. 4:26-CV-00369-HSG<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [L.R. 6-2(a); ORDER (as modified)**<br><br>Action Filed : January 13, 2026 |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [L.R. 6-2(a); ORDER

Pursuant to Civil L.R. 6-2(a), Plaintiff Organicgirl, LLC ("Organicgirl") and Defendant Dayforce US, Inc. ("Dayforce") hereby stipulate and respectfully request an order continuing the Case Management Conference from July 7, 2026, at 2:00 p.m. to **August 11, 2026, at 2:00 p.m.**

Plaintiff's Complaint was filed on January 13, 2026, and served on Defendant on February 10, 2026. Plaintiff served the Complaint on Dayforce via notice and acknowledgment of receipt March 25, 2026.  Dayforce timely signed and returned the notice and acknowledgement of receipt on April 14, 2026. The Court set an initial Case Management Conference on April 21, 2026. Dayforce timely filed its Answer and Counterclaims on May 6, 2026.

The parties seek to continue the Case Management Conference to July 7, 2026, for two reasons:  (1) to allow the parties to continue their settlement discussions, and (2) because Dayforce's attorneys, Messrs. Addiego and Khoury, expect to be in trial in Kern County on July 7, 2026.

No trial date or case deadlines have been set in this matter.  The parties have not made a prior request to continue a case management conference.

Accordingly, the parties stipulate and respectfully request to continue the Case Management Conference to August 11, 2026, at 2:00 p.m.  The parties will submit a Joint Case Management Statement on August 4, 2026.

Counsel for Dayforce attests that counsel for Plaintiff concurs in the filing of this Stipulation.

DATED: June 8, 2026                                  DAVIS WRIGHT TREMAINE LLP

                                                    By: _/s/ Monder Khoury_____
                                                        MONDER KHOURY

                                                    Attorneys for Defendant
                                                    DAYFORCE US, INC.


DATED: June 8, 2026                                  WANGER JONES HELSLEY PC

                                                    By: _/s/ Scott D. Laird_____
                                                        SCOTT D. LAIRD

                                                    Attorneys for Plaintiff
                                                    ORGANICGIRL, LLC

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [L.R. 6-2(a); ORDER

**Attestation:**

I, Monder Khoury, an ECF User whose ID and password are being used to file this **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE [L.R. 6-2(a); [PROPOSED] ORDER**, in compliance with Civil L.R. 5-1(i)(3), hereby attest that counsel for Plaintiff Organicgirl, LLC has concurred with this filing.

DATED: June 8, 2026                                     DAVIS WRIGHT TREMAINE LLP

By: */s/ Monder Khoury*
        MONDER KHOURY

Attorneys for Defendant
DAYFORCE US, INC.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [L.R. 6-2(a); ORDER

# ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference, scheduled for July 7, 2026 shall be continued to August 11, 2026, at 2:00 p.m. via zoom. The zoom information and instructions remain the same as previously provided in docket no. 9. The parties will submit a Joint Case Management Statement on August 4, 2026.

Dated:  6/15/2026

_____
JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [L.R. 6-2(a); ORDER