**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
Scott D. Laird #190122
slaird@wjhattorneys.com
Ethan E. Mora #317937
emora@wjhattorneys.com

Attorneys for: Plaintiff and Counter-Defendant Organicgirl, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ORGANICGIRL, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>DAYFORCE US, INC., a Minnesota corporation, DOES 1 to 25, individually,<br><br>Defendants.<br><br>DAYFORCE US, INC., a Minnesota corporation,<br><br>Counter-Complainant<br><br>v.<br><br>ORGANICGIRL, LLC, a California Limited Liability Company, DOES 1 to 25, individually,<br><br>Counter-Defendants. | Case No. 4:26-CV-00369 HSG<br><br>**SECOND JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [L.R. 6-2(A); ORDER (as modified)**<br><br>Action Filed: January 13, 2026 |

Pursuant to Civil L.R. 6-2(a), Plaintiff and Counter-Defendant Organicgirl, LLC ("Organicgirl") and Defendant and Counter-Complainant Dayforce US, Inc. ("Dayforce"') (together, the "parties"), by and through their respective counsel, respectfully request an order continuing the Case Management Conference 42 days, from August 11, 2026, at 10:00 a.m., to September 22, 2026 at 2:00 p.m., to further accommodate the settlement discussions described below, and for that purpose, hereby agree and stipulate as follows:

WHEREAS, Organicgirl filed its Complaint on January 13, 2026. [ECF No. 1];

WHEREAS, the Court held the initial Case Management Conference on April 21, 2026. [ECF No. 12];

WHEREAS, Dayforce filed its Answer and Counterclaims on May 6, 2026. [ECF No. 16].

WHEREAS, on June 4, 2026, the clerk set a Case Management Conference for July 7, 2026 [ECF No. 19].

WHEREAS, on June 8, 2026, the parties stipulated and requested to continue the CMC set for July 7, 2026, to August 11, 2026, to allow the parties to continue their settlement discussions, and because Dayforce's attorneys, Messrs. Addiego and Khoury, expected to be in trial on July 7, 2026 [ECF No. 20];

WHEREAS, on June 15, 2026 the Court granted the parties' stipulation and continued the CMC to August 11, 2026, and ordered that the parties submit a joint CMC Statement by August 4, 2026 [ECF No. 21];

WHEREAS, Organicgirl filed its Answer to Dayforce's Counterclaims on July 21, 2026 [ECF No. 22];

WHEREAS, counsel for the parties have made substantial progress in their settlement discussions and have recently reached agreement on a settlement amount but are still working on the payment structure and other details;

WHEREAS, the parties have agreed that, if a settlement cannot be reached, the parties will submit a Joint Case Management Statement on or before September 15, 2026;

//

//

WHEREAS, in the interest of judicial economy and preservation of court resources, the parties have met and conferred and agreed on a stipulation that would continue the CMC to accommodate further discussions described herein;

WHEREAS, no trial date or case deadlines have been set in this matter;

WHEREAS, this is the second such extension of time jointly requested by the parties in this matter; and

WHEREAS, counsel for Organicgirl attests that counsel for Dayforce concurs in the filing of this Stipulation.

NOW, THEREFORE, the parties hereby stipulate and agree to, and respectfully request that the Court enter an order reflecting as follows:

1. That the Case Management Conference be continued to **September 22, 2026, at 2:00 p.m.**; and
2. That the parties will submit a Joint Case Management Statement on or before **September 15, 2026**.

**IT IS SO STIPULATED**

Dated: August 4, 2026.

WANGER JONES HELSLEY PC

By: /s/ Ethan E. Mora
Scott D. Laird
Ethan E. Mora
Attorneys for Plaintiff
ORGANICGIRL, LLC

Dated: August 4, 2026.

DAVIS WRIGHT TREMAINE LLP

By: /s/ Monder Khoury
Monder Khoury
Attorneys for Defendant
DAYFORCE US, INC.
(*as authorized on 8/4/2026*)

**Attestation:**

I, Ethan Mora, an ECF User whose ID and password are being used to file this SECOND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [L.R. 6-2(a); [PROPOSED] ORDER, in compliance with Civil L.R. 5-1(i)(3), hereby attest that counsel for Defendant Dayforce US, Inc. has concurred with this filing.

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference scheduled for August 11, 2026, shall be continued to September 22, 2026, at 2:00 p.m. The zoom information and instructions remain the same as previously provided in docket no. 9. The parties will submit a Joint Case Management Statement on September 15, 2026.

Dated: 8/5/2026

JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE