WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
Scott D. Laird #190122
slaird@wjhattorneys.com
Ethan E. Mora #317937
emora@wjhattorneys.com

Attorneys for: Plaintiff Organicgirl, LLC, a California Limited Liability Company

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ORGANICGIRL, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>DAYFORCE US, INC., a Minnesota corporation, DOES 1 to 25, individually,<br><br>Defendants. | Case No. 4:26-CV-00369 HSG<br><br>**JOINT STIPULATION RE: VOLUNTARY DISMISSAL OF COMPLAINT AND COUNTER-COMPLAINT; AND ORDER**<br><br>Action Filed: January 13, 2026 |
| DAYFORCE US, INC., a Minnesota corporation,<br><br>Counter-Complainant<br><br>v.<br><br>ORGANICGIRL, LLC, a California Limited Liability Company, DOES 1 to 25, individually,<br><br>Counter-Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff and Counter-Defendant ORGANICGIRL, LLC ("Plaintiff") and Defendant and Counter-Complainant DAYFORCE US, INC. ("Defendant"), through their attorneys of record, that the above-entitled action, including both the Complaint filed by Plaintiff as well as the Counter-Complaint filed by Defendant, may be and is hereby dismissed with prejudice.

Plaintiff and Defendant to each bear their own costs and fees.

Respectfully submitted,

Dated: August 25, 2026

WANGER JONES HELSLEY PC

By: /s/ Ethan E. Mora
Scott D. Laird
Ethan E. Mora
Attorneys for Plaintiff
ORGANICGIRL, LLC

Dated: August 25, 2026

DAVIS WRIGHT TREMAINE LLP

By: /s/ Monder Khoury
Monder Khoury
Attorneys for Defendant
DAYFORCE US, INC.
(*as authorized 08/20/26*)

**Attestation:**

I, Ethan Mora, an ECF User whose ID and password are being used to file this JOINT STIPULATION RE: VOLUNTARY DISMISSAL OF COMPLAINT AND COUNTER-COMPLAINT, in compliance with Civil L.R. 5-1(i)(3), hereby attest that counsel for Defendant Dayforce US, Inc. has concurred with this filing.

**ORDER**

Having considered the stipulation submitted by Plaintiff and Counter-Defendant Organicgirl, LLC ("Organicgirl") and Defendant and Counter-Complainant Dayforce US, INC. ("Dayforce"), and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Joint Stipulation Re: Voluntary Dismissal of Complaint and Counter-Complaint is APPROVED and GRANTED.
2. All of the claims and allegations brought by Organicgirl as to Dayforce are DISMISSED with prejudice.
3. All of the claims and allegations brought by Dayforce as to Organicgirl are DISMISSED with prejudice.
4. Organicgirl and Dayforce shall each bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: 8/26/2026

Haywood S. Gilliam, Jr.
JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE